PER CURIAM.
Affirmed.- See and compare Airvac, Inc. v. Ranger Ins. Co., 330 So.2d 467 (Fla.1976); Firestone v. Firestone, 263 So.2d 223 (Fla.1972); In re Estate of Yohn, 238 So.2d 290 (Fla.1970); Gulf Coast Home Health Services of Florida, Inc. v. Dept. of Health and Rehabilitative Services, 503 So.2d 415 (Fla. 1st DCA 1987); Lagarde v. Outdoor Resorts of America, Inc., 428 So.2d 669 (Fla. 2d DCA 1982); Turner v. Turner, 383 So.2d 700 (Fla. 4th DCA), rev. denied, 392 So.2d 1381 (Fla.1980).